

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,882-01

### EX PARTE ROGELIO CORTEZ MARTINEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2011-DCR-02120-C IN THE 197TH DISTRICT COURT FROM CAMERON COUNTY

*Per curiam*. YEARY, J., filed a concurring opinion in which KEASLER and HERVEY, JJ., joined.   ALCALA, J., filed a dissenting opinion in which JOHNSON, J., joined.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967).  Applicant was convicted of burglary of a habitation and sentenced to ninety-nine years' imprisonment.  The Thirteenth Court of Appeals affirmed his conviction. *Martinez v. State*, No. 13-12-00161-CR (Tex. App.—Corpus Christi Mar. 28, 2013).

Applicant contends that he was convicted based on false testimony, trial counsel rendered ineffective assistance, and the trial court erred in ordering Applicant to pay court costs and attorney's

fees.

On November 4, 2015, we remanded this application for a response from trial counsel and findings of fact and conclusions of law from the trial court. The trial court made findings and conclusions and recommended that we deny relief. We agree in part. Applicant's claim relating to court costs and attorney's fees is dismissed. *In re Daniel*, 396 S.W.3d 545, 548 (Tex. Crim. App. 2013). His remaining claims are denied. Accordingly, this application is dismissed in part and denied in part.

Filed: June 29, 2016
Do not publish